USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P.E.Q.S., et al.,

Plaintiffs,

-v-

MARKWAYNE MULLIN, et al.,

Defendants.

26-mc-470 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pending before the Court is a motion, pursuant to Section 6.15 of the Court's ECF Rules, for leave to file the complaint and future filings under seal. *See* Dkt. No. 4.

Plaintiffs have requested an order permitting the filing of a redacted complaint with evidentiary exhibits filed under seal, as well as the ability to use anonymous party names for Plaintiffs in all case filings. The motion is granted in part. Plaintiffs have supported their application with a memorandum of law and exhibits, thereby "identifying the sensitivity of the particular material sought to be sealed and how continued sealing would be narrowly tailored to protect that sensitivity and to preserve higher values or to achieve countervailing factors." *Eletson Holdings, Inc. v. Levona Holdings Ltd.*, 2023 WL 5956144, at *5 (S.D.N.Y. Sept. 13, 2023); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 126–27 (2d Cir. 2006). Plaintiffs may file the redacted complaint, with exhibits and the unredacted complaint filed under seal, subject to reconsideration by the Judge assigned to this case. Any application with

respect to future filings shall be made to the Judge assigned to this case.

SO ORDERED.

Dated: September 29, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge in Part I